**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY<br><br><br>Plaintiff,<br><br>v.<br><br>APM MANAGEMENT SERVICE'S, LLC,<br>RICHARD C. APPELBAUM, and BANK OF<br>AMERICA, N.A., a nominal defendant,<br><br>Defendants. | <br><br><br><br><br>Case No. 4:22-cv-1391 |

**BOND ORDER**

This Court, having reviewed carefully Plaintiff Fidelity National Title Insurance Company's ("Plaintiff") Complaint, Emergency Motion for Temporary Restraining Order and Preliminary Injunction, and Memorandum in Support of its Emergency Motion for Temporary Restraining Order and Preliminary Injunction, and having heard argument from Plaintiff's counsel, hereby finds that a bond or security of $_____ shall be placed with the Clerk of the United States District Court for the Eastern District of Missouri.


SO ORDERED:

 

_____
UNITED STATES JUDGE

Dated this _____ day of January 2023.