# Exhibit B

PANATTONI®

Wire (wire only) instructions:

| | |
|---|---|
| Bank: | Bank of America |
| ABA/Routing: | 026009593 |
| Credit: | **APM Management Services LLC** |
| Account #: | **355014225416** |

PANATTONI DEVELOPMENT COMPANY, INC
8775 Folsom Blvd, Suite 200 · Sacramento, CA 95826 · Tel 916/381-1561 · Fax 916/381-7639