## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>APM MANAGEMENT SERVICE'S, LLC, RICHARD C. APPELBAUM, SARAH JANE APPELBAUM, and BANK OF AMERICA, N.A., a nominal defendant,<br><br>Defendants. | Case No. 4:22-cv-01391-JAR |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF
## NOMINAL DEFENDANT BANK OF AMERICA, N.A.

COMES NOW Plaintiff Fidelity National Title Insurance Company ("Plaintiff"), by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses its claims against nominal Defendant Bank of America, N.A. without prejudice.

Dated:  March 17, 2023   Respectfully submitted,

**LEWIS RICE LLC**

 By: /s/Jacqueline K. Graves
 John B. Greenberg, #MO40242
Jacqueline K. Graves, #MO64875
600 Washington Ave. Suite 2500
St. Louis, Missouri, 63105
Telephone:  314-444-7600
Fax:  314-612-7675
jgreenberg@lewisrice.com
jgraves@lewisrice.com

**FOX ROTHSCHILD, LLP**

By: /s/  John A. Wait
John A. Wait, admitted pro hac vice
101 Park Avenue, 17th  Floor
New York, NY 10018
Tel: (212) 878-7900
Fax: (212) 692-0940
jwait@foxrothschild.com

*Counsel for Fidelity National Title Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March 2023, a copy of the foregoing was filed electronically via the CM/ECF System.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Jacqueline K. Graves