# Exhibit B

| | |
|---|---|
| **From:** | NoReply_MFSTeam@fnf.com |
| **Sent:** | December 12, 2022 3:22 PM |
| **To:** | Dean, Ginger |
| **Subject:** | WIRED: Outbound Wire Notification for File Number 10003347 (3BTJ9B) {Encrypt} |

# Outbound Wire Notification

for File Number 10003347 has been WIRED.

### Escrow Information

| | |
|---|---|
| **File Number** | 10003347 |
| **Closer** | Dean, Ginger |
| **Address** | 850 Gateway Global Drive<br>MS |

### Wire Information

| | |
|---|---|
| **Wire Type** | Escrow |
| **Date Entered** | 12/13/2022 12:02 PM MT |
| **Date Wired** | 12/13/2022 12:37 PM MT |
| **Status** | WIRED |
| **Fed Number** | 002854 |
| **Sequence Number** | 32303 |
| **Approved By** | Lu, Rena |
| **Confirmed By** | Holland, Victoria |
| **Rejected By** | |
| **Additional Info** | Escrow Fund Release / 10003347 |
| **Comments** | Message: Batch ID: 098<br>---- U.S. Bank 12/13/2022 12:10:18 PM<br>Batch ID: 098<br>---- WMA System 12/13/2022 12:20:06 PM |
| **Source System** | RamQuest.WMA01A |

### Bank Information

| | |
|---|---|
| **Originating Account** | ***79049 |
| **Amount** | $2,258,274.00 |
| **Receiving Bank ABA#** | 021000021 |
| **Receiving Bank** | JPMorgan Chase Bank, N.A. New York, NY 10004 |
| **Final Credit Bank** | |
| **Final Bank Account** | |

### Lender Information

| | |
|---|---|
| **Lender Name** | CP Logistics Marshall Bldg 11 LLC |
| **Address** | |
| **Lender's Account** | ***22806 |
| **P/O Loan Name** | |
| **P/O Loan #** | |