# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:22-cv-01391-JAR |
| APM MANAGEMENT SERVICE'S, LLC, et al., ) ) ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff Fidelity National Title Insurance Company's Motion for Release of Funds and to Dissolve the Third Stipulated Preliminary Injunction and Discharge Bonds.  ECF No. 218.

On January 3, 2023, the Court granted Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, issued a Temporary Restraining Order ("TRO"), and ordered nominal Defendant, Bank of America N.A., to freeze certain bank accounts belonging to certain Defendants.  ECF. 14.  The Court also ordered Plaintiff to post a $500 bond with the Clerk of Court.  ECF No. 15.

On January 13, 2023, the Court entered a Stipulated Preliminary Injunction Order that, among other things, required Bank of America to continue to freeze certain bank accounts belonging to certain Defendants, prohibited certain Defendants from making transfers of monies fraudulently obtained from Plaintiff, and ordered Plaintiff to maintain a bond in support of the Preliminary Injunction in the amount of $60,000.  ECF No. 35.  On January 17, 2023, Plaintiff posted the bond, effectively dissolving the TRO.  ECF No. 53; *see also* ECF No. 35 at ¶ 7 ("The

Court's previously entered [TRO (ECF No. 14)] shall remain in effect until . . . the day and time at which the bond required hereunder is posted by Plaintiff . . . .").

On January 19, 2023, the Court entered an Amended Stipulated Preliminary Injunction Order that broadened the scope of the previously entered Preliminary Injunction Order.  ECF No. 60.

On February 10, 2023, the Court issued a Second Amended Stipulated Preliminary Injunction Order, which added certain provisions and again ordered Plaintiff to maintain its $60,000 bond.  ECF No. 79.

On March 8, 2023, the Court issued an ex parte TRO, which ordered various cryptocurrency exchanges to trace, hold, and retain all assets associated with Defendants' accounts related to the alleged fraudulent transaction that is the origin of this suit.  The TRO also ordered Plaintiff to maintain a $60,000 bond in support of the TRO, and the Court deemed that Plaintiff's previously posted $60,000 bond was deemed filed in support of the March 8 TRO. ECF No. 96.

On March 21, 2023, the Court issued the Third Stipulated Preliminary Injunction Order, which converted the Court's March 8 TRO into a Preliminary Injunction.  ECF No. 105.

The purpose of the TROs and Preliminary Injunctions were to assist Plaintiff in recovering its money from certain Defendants.  Plaintiff contends that its efforts to obtain such monies has concluded, and therefore the Preliminary Injunctions serve no further purpose. Plaintiff requests that the Third Stipulated Preliminary Injunction Order be immediately dissolved and the $60,000 bond (including the $500 bond previously ordered) be released before renewal of the bond is required on January 17, 2025.

For good cause shown, the Court will grant Plaintiff's motion and dissolve the Third Stipulated Preliminary Injunction Order (ECF No. 105), which incorporates the previous preliminary injunction orders (ECF Nos. 35, 60, and 79).  The Court will also order the release of Plaintiff's $60,000 bond (ECF No. 53) and the incorporated $500 bond (ECF No. 15).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Release of Funds and to Dissolve the Third Stipulated Preliminary Injunction and Discharge Bonds is **GRANTED**.  ECF No. 216.

**IT IS FURTHER ORDERED** that the Court's previously entered Preliminary Injunction Orders (ECF Nos. 35, 60, 79, and 105) are hereby **DISSOLVED**, and the Clerk of Court is directed to release the bond posted by Plaintiff in the amount of $60,000 (ECF No. 53).

Dated this 15th day of January, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

3