# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:22-cv-01391-JAR |
| | ) |
| APM MANAGEMENT SERVICE'S, LLC, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER AND JUDGMENT

This matter is before the Court on two of Plaintiff Fidelity National Title Insurance Company's motions: (1) the motion for default judgment against Defendants Richard C. Appelbaum, Sarah Jane Appelbaum, and APM Management Service's LLC (ECF No. 221); and (2) the motion for default judgment against Defendants Alan Michael Graham; Christina Lanvermeier; MGA Global Enterprises LLC; mmb management services, llc; and MJP Enterprises, LLC (ECF No. 230).  Having reviewed the motions, Plaintiff's memoranda of law in support, and the attached affidavits and exhibits supporting the amount of requested fees and costs, Plaintiff's motions will be granted and judgment entered in Plaintiff's favor against these Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Fidelity National Title Insurance Company's motion for default judgment against Defendant Richard C. Appelbaum, Sarah Jane Appelbaum, and APM Management Service's LLC (ECF No. 221); and (2) the motion for default judgment against Defendants Alan Michael Graham; Christina Lanvermeier; MGA Global Enterprises

LLC; mmb management services, llc; and MJP Enterprises, LLC (ECF No. 230), are **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants Richard C. Appelbaum; Sarah Jane Appelbaum; and APM Management Service's LLC, all jointly and severally, in the amount of **$5,879,917.72**, which is comprised of the following:

- Treble damages, pursuant to 18 U.S.C. § 1964, totaling **$5,230,032.39** (representing three times the outstanding amount in fraudulently diverted funds);
- Attorneys' fees totaling **$582,546.10**;
- Costs totaling **$67,339.23**; and
- Post-judgment interest at the statutory rate provided by 28 U.S.C. § 1961.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants Alan Michael Graham; Christina Lanvermeier; MGA Global Enterprises LLC; mmb management services, llc; and MJP Enterprises, LLC, all jointly and severally, in the amount of **$5,888,884.92**, which is comprised of the following:

- Treble damages, pursuant to 18 U.S.C. § 1964, totaling **$5,230,032.39** (representing three times the outstanding amount in fraudulently diverted funds);
- Attorneys' fees totaling **$590,928.30**;
- Costs totaling **$67,924.23**; and
- Post-judgment interest at the statutory rate provided by 28 U.S.C. § 1961.

Dated this 14th day of July, 2025.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE